## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

### CIVIL MINUTES – GENERAL

| Case No. | SACV 20-00493-JLS (ADSx) | Date | March 30, 2021 |
|---|---|---|---|
| Title | Susan Lee v. Olivia De Leon et al | | |

PRESENT:

### HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE

| Melissa Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:       ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                              None Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION FOR FAILURE TO COMPLY WITH THE COURT'S ORDER**

This action was filed on March 11, 2021.   On March 5, 2021, the Court issued a minute order which ordered Plaintiff to show cause in writing on or before March 19, 2021 why this action should not be dismissed for lack of prosecution [23]. Plaintiff has failed to respond to the Court's Order.   Therefore, the Court **ORDERS** that this action is dismissed without prejudice for lack of prosecution and for failure to comply with the Orders of the Court.

The Court's Order to Show Cause is hereby DISCHARGED.

                                                                                            _____ : _____

                                                            Initials of Deputy Clerk    mku